JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

TYLER DEWAYNNE FRASIER,

Plaintiff,

v.

MARTIN O'MALLEY,

Commissioner of Social Security,
Defendant.

No.  2:23-cv-06619-AJR

[PROPOSED] JUDGMENT

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:  March 5, 2024

_____
HON. A. JOEL RICHLIN
UNITED STATES MAGISTRATE JUDGE

-1-