1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| 11  TYLER DEWAYNNE FRASIER, | ) Case No.: e 2:23-cv-06619-AJR |
| 12       Plaintiff, | ) {PROPOSED} ORDER AWARDING |
| | ) EQUAL ACCESS TO JUSTICE ACT |
| 13       vs. | ) ATTORNEY FEES AND EXPENSES |
| | ) PURSUANT TO 28 U.S.C. § 2412(d) |
| 14  MARTIN O'MALLEY, | ) AND COSTS PURSUANT TO 28 |
|     Commissioner of Social Security, | ) U.S.C. § 1920 |
| 15 | ) |
|     Defendant | ) |
| 16 | ) |
| 17 | ) |

18   Based upon the parties' Stipulation for the Award and Payment of Equal

19   Access to Justice Act Fees, Costs, and Expenses:

20   IT IS ORDERED that fees and expenses in the amount of $6,050.00 as

21   authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

22   awarded subject to the terms of the Stipulation.

23   DATE: 4/26/2024

24   _____
     THE HONORABLE A. JOEL RICHLIN
25   UNITED STATES MAGISTRATE JUDGE

26

-1-

1 | Respectfully submitted,

2 | LAW OFFICES OF LAWRENCE D. ROHLFING, INC., CPC

3 |    /s/ *Denise Bourgeois Haley*
4 | BY: _____
    Denise Bourgeois Haley
5 |     Attorney for plaintiff Tyler Dewaynne Frasier